USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/3/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

               Plaintiff,

-against-

A & R SCREENING, LLC,

               Defendant.

24 Civ. 9199 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 3, 2024, the Court directed the parties to file a joint letter and proposed case management plan by April 2, 2025. ECF No. 4. Those submissions are now overdue. Additionally, counsel for Defendant has not filed a notice of appearance. Accordingly, by **April 17, 2025**, the parties shall file their joint letter and proposed case management plan. If such submissions cannot be filed because Defendant still has not appeared in the matter, then, by the same date, Plaintiff shall file a letter stating her intention with respect to prosecuting this matter.

    SO ORDERED.

Dated: April 3, 2025
       New York, New York

                                                 ANALISA TORRES
                                       United States District Judge