UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiff,

-against-

A & R SCREENING, LLC AND HOMEFIELD
APPAREL, INC.,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2025
```

24 Civ. 9199 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 3, 2024, the Court directed the parties to file a joint letter and proposed case management plan by April 2, 2025. ECF No. 4. The Court did not receive any submissions from the parties by that date. By order dated April 3, the Court directed the parties to file their required submissions by April 17. ECF No. 9. The order provided that "[i]f such submissions cannot be filed because Defendant still has not appeared in the matter, then, by the same date, Plaintiff shall file a letter stating her intention with respect to prosecuting this matter." *Id.* Again, the Court received no submissions. Accordingly, on April 18, the Court directed Plaintiff to show cause why this action should not be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 10. Plaintiff then filed a letter stating that she intended to amend the complaint and the action should not be dismissed because Plaintiff is "actively prosecuting it." ECF No. 11. Plaintiff noted that there was "no excuse" for her failure to comply with the Court's April 3 order. *Id.*

    Plaintiff then filed an amended complaint, ECF No. 12, and the Court granted a further extension of the deadline for the parties to file their joint letter and proposed case management plan, ECF No. 14. Those submissions are now, again, overdue. Although Defendants have yet to enter an appearance, Plaintiff did not request an extension of the deadline for the parties to file their joint submissions.

    Accordingly, by **June 2, 2025**, Plaintiff shall file a status update addressing service of process and her efforts to prosecute this matter. Plaintiff is advised that continued failure to miss Court-ordered deadlines shall result in dismissal. Should Plaintiff anticipate requiring an extension to meet a deadline, Rule I.C of the undersigned's Individual Practices in Civil Cases requires that any such request be made in writing on the docket at least 48 hours in advance of the deadline.

    SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge