```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                 Plaintiff,

-against-

HOMEFIELD APPAREL, INC.,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/18/2025_

24 Civ. 9199 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 4, 2025, the Court directed the parties to file their joint letter and proposed case management plan by July 17, 2025. ECF No. 18. Those submissions are now overdue.

    This Order marks the fourth occasion on which Plaintiff, Donna Hedges, has failed to meet a court-ordered deadline. *See* ECF Nos. 9, 10, 16. The Court has admonished Hedges that under this Court's Individual Practices in Civil Cases, any request for an extension of a deadline must be made at least 48 hours in advance of the deadline, ECF No. 16, and it has repeatedly warned her that failure to comply with court orders shall result in dismissal of her case with prejudice, *see id.*; ECF No. 10.

    No further warnings shall be issued. By **August 1, 2025**, the parties shall file the required submissions or Hedges shall otherwise file a status update.

    SO ORDERED.

Dated: July 18, 2025
       New York, New York

                                               ANALISA TORRES
                                     United States District Judge